No. 16,583.

RESERVE LIFE INSURANCE COMPANY *v.* FRANKFATHER.
(233 P. [2d] 384)

Decided June 18, 1951.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. WOLVINGTON & WORMWOOD, Mr. FORREST C. O'DELL, for plaintiff in error.

Messrs. CREAMER & CREAMER, Mr. CHARLES GINSBERG, for defendant in error.